UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
Case No:

**TAY**
d/b/a DONTAVIOUS SHERRODE SMITH,
a/k/a "TAY TAY"; "DA MAYOR";
Plaintiff,
*v.*

**UNITED STATES OF AMERICA;**
**RICK SCOTT** individually and in his
Official capacity as Governor of the
State of Florida;
**SCHOOL BOARD OF BREVARD COUNTY, FL,**
DEPUTY SUPERINTENDENT,
KATHY KRELL Drug and Alcohol Manager;
**NEIL DASH** individually and in his official
Capacity as Medical Review Officer;
**LABORATORY CORPORATION OF**
**AMERICA HOLDINGS** d/b/a "LabCorp";
**LCA COURIER INTERNATIONAL LTD.;**
**CITY OF COCOA, FL; BREVARD COUNTY, FL;**
**BELL & ROPER P.A.;**
**NATIONAL ASSOCIATION for the ADVANCEMENT**
**OF COLORED PEOPLE** d/b/a "NAACP";
**NEXTERA ENERGY INC.** d/b/a Florida Power and Light ("FPL");
**MICROSOFT CORPORATION;**
**TRUSTe INC.; SYMANTEC INC.;**
**JOHN DOE 1 a/k/a** "Email Hacker";
**JOHN DOE 2** a/k/a "Computer Hacker";
**JP MORGAN CHASE BANK N.A.**
d/b/a "CHASE";
**AMERICAN INTERNATIONAL GROUP INC.;**
**PEPSI CO.; NIKE INC.;**
**THE WALT DISNEY COMPANY** d/b/a
"Disney"; **CAMBRIDGE WHO'S WHO PUBLISHERS**;
**McDONALDS CORPORATION**;
**GENERAL ELECTRIC CO**.; **JUSTIA INC.;**
**TIME WARNER INC.; COMCAST CORP.;**
**NATIONAL AMUSEMENTS INC.;**
**ACCESS INDUSTTRIES INC. d/b/a**
Warner Music Group; **ELECTRONIC ARTS INC.;**
**CITIGROUP INC.; BANK OF AMERICA N.A.;**
**SPRINT CORPORATION; FEDEX CORPORATION;**
**THE FINISH LINE INC.; BP NORTH AMERICA INC.;**
**CAPITOL CITY BANK GROUP INC.;**

**WEYCO GROUP INC.; DISCOVER FINANCIAL SERVICES INC.; WELLS FARGO BANK N.A.** d/b/a "WACHOVIA";
**VIRGIN MOBILE USA INC.** d/b/a "Assurance Wireless";
**MONDELEZ INTERNATIONAL INC.;**
**NEW YORK STOCK EXCHANGE;**
**SWISHER INTERNATIONAL INC.; AMERICA MOVIL** d/b/a/ "Tracfone Wireless Inc."; **WAL MART STORES INC.;**
**MAJOR LEAGUE BASEBALL; NATIONAL BASKETBALL ASSOCIATION; NATIONAL FOOTBALL LEAGUE;**
**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; NTERMEDIA VIBE HOLDINGS, LLC** d/b/a "VIBE Magazine";
**EARL G. GRAVES LTD.** d/b/a "Black Enterprise Magazine"; **THE PROCTER AND GAMBLE CO.;**
**ESPN NETWORKS INC.; TRINITY BROADCAST NETWORK INC.; MARS INC.;**
**ANHEUSER BUSCH COMPANIES INC.; BARCLAYS BANK DELEWARE; MAGIC JOHNSON ENTERPRISES INC.;**
**ASSOCIATED CHRISTIAN TELEVISION SYSTEMS INC.** d/b/a SUPERCHANNEL WACX-TV is a 501c religious Christian network;
**VISA INC.; NEWS CORPORATION; UNIVISION COMMUNICATIONS INC.; DIRECT GENERAL INSURANCE AGENCY INC.; GURUFOCUS.COM, LLC; AT&T INC.;**
**FLORIDA A&M UNIVERSITY** individually and on behalf of Florida A&M University Alumni Association Inc. Brevard County Chapter and President Richard "Dick" Blake;
**FLORIDA CITRUS SPORTS ASSOCIATION INC.;**
**ROYAL CARIBBEAN CRUISES, LLC;**
**KRAFT FOODS GROUP INC.; DELL INC.** d/b/a DELL MARKETING L.P.; **FACEBOOK INC.;**
**GOOGLE INC.; TWITTER INC.; NEW ERA CAP CO. INC.;**
**ROBERT L. JOHNSON** individually and in his official Capacity as Chairman of RLJ Companies, LLC;
**SHEILA C. JOHNSON** individually and in her official Capacity as Chairman of Salamander Hospitality, LLC;
**TAHITIAN NONI INTERNATIONAL** d/b/a MORINDA HOLDINGS INC.;
**IMG WORLDWIDE INC.** d/b/a Collegiate Licensing Company;
**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3,** a DELEWARE STATUTORY TRUST(s) and to creditor to whom Tay's debt is owed HAYT, HAYT & LANDAU, P.I.;
**GCO EDUCATION LOAN FUNDING** and to creditor

to whom Tay's debt is owed SUNRISE CREDIT SERVICES, INC**.;**
**DIAGEO PLC** d/b/a DIAGEO NORTH AMERICA, INC**.;**
**JAMES "JIM" SKINNER** in his official capacities
as CEO and/or retired CEO and Board Member d/b/a
McDONALD'S CORPORATION USA (b/k/a "McDonald's"),
the HEWLETT PACKARD CO. and WALGREEN CO. (b/k/a
"Walgreens")**;**
**BUFFALO WILD WINGS INC.** a/k/a ("BW3's");
**ZILBER LTD.** d/b/a CAPE CARIBE INC. on behalf of RON
JON CAPE CARIBE RESORT**;** **U.S. POLO ASSN. USA** d/b/a
USPA Properties Inc.**;**
**WORLD ECONOMIC FORUM USA INC.** b/k/a
World Economic Forum**;**
**ROLLS ROYCE NORTH AMERICA INC.**;
**BEATS ELECTRONICS LLC.** d/b/a
BEATS BY DRE**;** **DOCTOR'S ASSOCIATES INC.**
d/b/a SUBWAY**;** **LONG JOHN SILVER'S INC.;**
**YUM BRANDS INC.** d/b/a PIZZA HUT, KENTUCKY
FRIED CHICKEN ("KFC"), and TACO BELL**;**
**QUALITY DINING INC.** d/b/a BURGER KING and
CHILI'S; **DARDEN RESTAURANTS INC.;**
**PERCY "MASTER P" MILLER** in his official capacity
as CEO of NO LIMIT FOREVER RECORDS**;**
**SEAN "DIDDY" COMBS** in his official capacity
as CEO of BAD BOY ENTERTAINMENT INC.**;**
**SHAWN "JAY Z" CARTER** in his official capacity
As CEO of ROC NATION, LLC.**;**
**BRIAN "BIRDMAN" WILLIAMS** in his official
Capacity as CEO of CASH MONEY RECORDS, INC.
As a subsidiary of Universal Music Group**;**
**PERRY ELLIS INTERNATIONAL INC.**
d/b/a Golf Apparel, NIKE INC. and CUBANAVERA;
**CHEVRON PHILLIPS CHEMICAL CO., LLC;**
**SEA WORLD PARKS & ENTERTAINMENT INC.;**
**DARDEN RESTAURANTS INC.;**
**WORLD WRESTLING ENTERTAINMENT INC.;**
**LVMH MOëT HENNESY LOUIS VUITTON SA;**
**BILL AND MELINDA GATES FOUNDATION;**
**HAY HOUSE INC.; GOV CONNECTION INC.;**
**SHI INTERNATIONAL CORP.; CITY OF TALLAHASSEE, FL;**
**DILLARD'S INC.** d/b/a DANIEL CREMIEUX
on behalf of The Daniel Cremieux Co. on behalf of
CDI Contractors, LLC and CDI Contractors Inc.**;**
**TOM JOYNER** in his official capacity as
Founder of REACH Media Inc., the Tom Joyner Foundation,
and BlackAmericaWeb.com; **OMEGA PSI PHI FRATERNITY INC**.;

**NATIONAL PAN- HELLIC COUNCIL INC.;**
**CVS CAREMARK CORP.** b/k/a ("CVS");
**CARNIVAL CORPORATION & PLC.** a/k/a
("Carnival"); **SPACE COAST BUSINESS MARKETING, LLC**;
**CAPE PUBLICATIONS, INC**. d/b/a SPACES and
FLORIDA TODAY; **PGA TOUR INC**.;
**SCRIPPS NETWORK INTERACTIVE, INC.**
Individually and d/b/a HGTV;
**COCA COLA BOTTLING CO. UNITED, INC.;**
**E&J GALLO WINERY INC.;**
**PRIVATE MEDIA GROUP INC.;**
**CUMULUS MEDIA INC.; THE PROGRESSIVE CORP.;**
Defendant.

_____/

### TAY'S NOTICE OF RELATED CASES

In accordance with Local Rule 3(f) Notice of Related Cases, I certify that the instant action:

**X**     IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- *Dontavious Sherrode Smith v. School Board of Brevard County, Florida, Richard Dipatri, Ed. D, Superintendent, individually and as an officer of the municipality, and Leroy A. Berry, Deputy Superintendent and as an officer of the municipality,* United States District Court for the Middle District of Florida, Case No. 6:09-cv-020033-GAP-KRS (case dismissed by the Honorable Gregory A. Pressnell on April 1, 2010), United States Court of Appeals for the Eleventh Circuit, Case No.: 10-12206-I (dismissal affirmed).

- *Dontavious Sherrode Smith v. School Board of Brevard County, Florida, Richard Dipatri, Ed. D, Superintendent, individually and as an officer of the municipality, and Leroy A. Berry, Deputy Superintendent and as an officer of the municipality,* United States District Court for the Middle District of Florida, Case No. 6:11-cv-00731-GAP-KRS (case dismissed case dismissed by the Honorable Gregory A. Pressnell on May 5, 2011).

- *Dontavious Sherrode Smith, b/k/a Tay v. State of Florida, Mike Haridopolis, in his official capacity as President of the Senate for the State of Florida, Dean Cannon, in his official capacity as Speaker of the House of Representatives for the State of Florida, Gerard Robinson, in his official capacity as Commissioner of Education for the State of Florida, Andy Mompeller, in his official capacity as Inspector General for the Florida*

*Lottery, Chuck Nelson, in his official capacity as Chairman of the Brevard County Commissioners, Florida, Dr. Neil J. Dash, in his official capacity as Medical Review Officer for the municipality, Jim Skinner, in his official capacity as Chief Executive Officer of McDonald's Corporation, The Florida Board of Education, The Florida Department of Education, The Florida Lottery, Laboratory Corporation of America, and McDonalds 365 Black,* United States District Court, Middle District of Florida, Orlando Division, Case No.: 6:12-CV-00439-GAP-KRS (case dismissed by the Honorable Charlene Edwards Honeywell on August 7, 2012).

- *Dontavious Sherrode Smith v. Chairman of U.S. Postal Service*; Case No.: 6:13-CV-516-ORL-22DAB; United States District Court – Middle District of Florida – Orlando Division.

- *Dontavious Sherrode Smith v. State of Florida, et. al.,* Case No.: 05-2012-CA-024237, Circuit Court, Eighteenth Judicial Circuit, in and for Brevard County, Florida.

- *Dontavious Sherrode Smith v. School Board of Brevard County, et. al.,* Case No.: 05-2012-CA-024234, Circuit Court, Eighteenth Judicial Circuit, in and for Brevard County, Florida.

- *Dontavious Sherrode Smith v. United States of America, et. al*, Case No.: 05-2012-CA-024239, Circuit Court, Eighteenth Judicial Circuit, in and for Brevard County, Florida.

- *Dontavious Sherrode Smith v. Brevard Public Schools, Kathy Krell, et. al.* Case No.:05-2012-CA-025314, Circuit Court, Eighteenth Judicial Circuit, in and for Brevard County, Florida.

- *Dontavious Sherrode Smith v. State of Florida, et al.,* Case No.: 05-2012-CA-061429, Circuit Court, Eighteenth Judicial Circuit, in and for Brevard County, Florida.

- *United States of America v. Leroy Berry, et. Al*., Case No. 6:2012mc00123, United States District Court, Middle District of Florida, Orlando Division.

- *United States of America v. Antonio "Nino" Lyons*, Case No. 6:01-cr-134-Orl-31DAB, United States District Court, Middle District of Florida, Orlando Division; notableCases/Opinions/USA-v-AntonioLyons. Nino Lyons awarded $150,000 from USDOJ for wrongful imprisonment.

- *Dontavious Smith v. Ballmer, et. al.*, Case No. 6:2013cv00082, United States District Court, Middle District of Florida, Orlando Division. Dismissed.

- *Jenks v. State of Florida*, 582 So. 2d 676 (Fla. 1st DCA 1991), Medical necessity of marijuana possession.

- *State of Florida v. Zimmerman,* , Case No: 592012CF001083A, Circuit Court, Eighteenth Judicial Circuit in and for Seminole County, Florida. Zimmerman acquitted of murder and manslaughter charges.

- *Fraley et. al. v. Facebook, Inc.*, Case No. CV-11-01726-LHK-PSG, United States District Court, Northern District of California – San Jose Division.

- *Ed O'bannon Jr. et. al. v. NCAA, et. al.* Case No. CV-09 – 3329, U.S. District Court Northern District of California.

- *Luis Rodriguez, et. al. v. Hayt Hayt and Landau*; Case No. 12-CV-23848-Lenard-O'Sullivan, U.S. District Court, Southern District of Florida – Miami Division. Settlement for $3.11.

- *BMO Nesbitt Burns, et al v. Loria, et al*: Case No. 1:02-cv-22061, U.S. District Court, Southern District of Florida.

- *Incredible Investments, LLC v. Katherine Hernandez –Rundle*; 11th Circuit in and for Miami-Dade County, FL. Internet Café gambling.

- Operation "*Reveal the Deal*" in and for the 18th Judicial Circuit for Seminole County in the State of Florida, and State of Florida House Bill 155. Case Number unknown[1]. Defendants include Jerry Bass, Kelley Mathis and about 52 other Defendants.

Dated: January   9,    2014                                               Sincerely Submitted,

---

[1] See http://www.fdle.state.fl.us/Content/News/Multi-state-gambling,-racketeering,-and-money-laun.aspx; and http://www.bradenton.com/2013/04/11/4477396/florida-gov-rick-scott-signs-arcade.html.



Dontavious "Tay" Smith, Pro Se.

807 South Wilson Avenue

Cocoa, FL 32922

Flanative_cocoa321@hotmail.com