# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
## Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

United States of America
c/o Eric Holder, Attorney General
950 Pennsylvania Ave, NW RM 2242
Washington D.C. 20530-0001

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT

                                        _____
                                        Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

United States of America
c/o United States Department of Justice
950 Pennsylvania Ave, NW RM 2242
Washington D.C. 20530-0001

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                               CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                *Server's signature*

_____
                                *Printed name and title*

_____
                                *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

United States of America
c/o Jenny Durkan, Washington District Atty. Gen.
700 Stewart St. Suite 5220
Seatle, WA 98101-1271

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                         CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.**. *R. Civ. P. 4(1)***

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

State of Florida
c/o Rick Scott, Governor
400 S. Monroe St.
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT


                                          _____
                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

School Board of Brevard County, FL
2700 Judge Fran Jamieson Way
Viera, FL 32940

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT



_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o  I personally served the summons and complaint on the individual at *(place)* _____
      _____ *On Date* _____; or

   o  I left the summons and complaint at the individual's residence or usual place of abode with
      *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

   o  I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

   o  I returned the summons unexecuted because _____
      _____ or;

   o  Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
## Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

School Board of Brevard County, FL
c/o Deputy Superintendent
2700 Judge Fran Jamieson Way
Viera, FL 32940

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

School Board of Brevard County, FL
c/o Kathy Krell, Drug and Alcohol Manager
2700 Judge Fran Jamieson Way
Viera, FL 32940

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                        CLERK OF COURT

                                                    _____
                                                    Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
   _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
   *(name)*
   _____ , a person of suitable age and discretion who
   resides there, *On Date* _____ and mailed a copy to the individual's last known address;
   or

- o   I served the summons and complaint on *(name of individual)* _____
   , who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
   _____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**Case No:**

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

Doctor's Review Service
Attn: Dr. Neil Dash
546 Franklin Ave.
Massapequa, New York 11758

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                     *Server's signature*

_____
                     *Printed name and title*

_____
                     *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
## Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Laboratory Corporation of America Holdings
c/o General Counsel
358 S. Main St.
Burlington, North Carolina 27215

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT

                                                    _____
                                                    Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Microsoft Corporation
c/o General Counsel
1 Microsoft Way
Redmond, WA 98052-8300

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                          _____
                                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
### *This section should not be filed with the court unless required by* Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

JP Morgan Chase Bank N.A.
c/o General Counsel
270 Park Ave.
New York, New York 10017-2014

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____          CLERK OF COURT


                                 _____
                                 Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Pepsi Co.
c/o General Counsel
700 Anderson Hill Rd.
Purchase, New York 10577

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                      CLERK OF COURT


                                              _____
                                              Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Nike Inc.
c/o General Counsel
One Bowerman Dr.
Beaverton, OR 97005

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                        _____
                                                        Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
   _____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
   *(name)*
   _____ , a person of suitable age and discretion who
   resides there, *On Date* _____ and mailed a copy to the individual's last known address;
   or

o   I served the summons and complaint on *(name of individual)* _____
   , who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
   _____ or;

o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

The Walt Disney Company
c/o General Counsel
500 S. Buena Vista St.
Burbank, CA 91521-6369


A lawsuit has been filed against you.


Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT



                                                    _____
                                                    Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
***This section should not be filed with the court unless required by*** Fed.*. **R. Civ. P. 4(1)***

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o  I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o  I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o  I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o  I returned the summons unexecuted because _____
  _____ or;

- o  Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Cambridge Who's Who Publishers
c/o General Counsel
498 RXR Plaza
Uniondale, NY 11556

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                          _____
                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____

o   I personally served the summons and complaint on the individual at (*place*) _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
(*name*)
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on (*name of individual*) _____
, who is designated by law to accept service of process on behalf of (*name of organization*)
_____ on (*date*) _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other (*specify*)


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

McDonald's Corporation
c/o General Counsel
2111 McDonald's Drive
Oak Brook, IL 60523

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                      CLERK OF COURT

                                            _____
                                            Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
   _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
   *(name)*
   _____ , a person of suitable age and discretion who
   resides there, *On Date* _____ and mailed a copy to the individual's last known address;
   or

- o   I served the summons and complaint on *(name of individual)* _____
   , who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
   _____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
Case No:**

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

General Electric Co.
c/o General Counsel
3135 Easton Turnpike
Fairfield, CT 06828

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                          CLERK OF COURT

                                               _____
                                               Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o  I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

- o  I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

- o  I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

- o  I returned the summons unexecuted because _____
_____ or;

- o  Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Justia Inc.
c/o General Counsel
1380 Pear Ave #2B
Mountain View, CA 94043

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

***This section should not be filed with the court unless required by*** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Time Warner Inc.
c/o General Counsel
1 Time Warner Center
New York, NY 10019-8016

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

***This section should not be filed with the court unless required by*** Fed.*.* ***R. Civ. P. 4(1)***

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Comcast Corporation
c/o General Counsel
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT

 

_____
Signature of Clerk or Deputy Clerk

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o   I personally served the summons and complaint on the individual at *(place)* _____
         _____ *On Date* _____; or

   o   I left the summons and complaint at the individual's residence or usual place of abode with
         *(name)*
         _____ , a person of suitable age and discretion who
         resides there, *On Date* _____ and mailed a copy to the individual's last known address;
         or

   o   I served the summons and complaint on *(name of individual)* _____
         , who is designated by law to accept service of process on behalf of *(name of organization)*
         _____ on *(date)* _____; or

   o   I returned the summons unexecuted because _____
         _____ or;

   o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

                                        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**Case No:**

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

National Amusements Inc.
c/o General Counsel
846 University Ave.
Norwood, MA 02062

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                         CLERK OF COURT

                                              _____
                                              Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o  I personally served the summons and complaint on the individual at *(place)* _____
       _____ *On Date* _____; or

   o  I left the summons and complaint at the individual's residence or usual place of abode with
       *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

   o  I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

   o  I returned the summons unexecuted because _____
       _____ or;

   o  Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
                       *Server's signature*

_____
                       *Printed name and title*

_____
                       *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Access Industries Inc.
c/o William "Rick Ross" Roberts, Maybach Music Group CEO
730 5th Ave
New York, NY 10019

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Electronic Arts Inc.
c/o General Counsel
209 Redwood Shores Parkway
Redwood City, CA 94065

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                          _____
                                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Citigroup Inc.
c/o General Counsel
399 Park Ave
New York, NY 10043

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Bank of America
c/o General Counsel
100 N. Tryon St.
Charlotte, NC 28255

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
***This section should not be filed with the court unless required by*** Fed.*. **R. Civ. P. 4(1)***

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
       _____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
       *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
       _____ or;

o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Sprint Corporation
c/o General Counsel
6200 Sprint Parkway
Overland Park, KS 66251

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o  I personally served the summons and complaint on the individual at *(place)* _____
      _____ *On Date* _____; or

   o  I left the summons and complaint at the individual's residence or usual place of abode with
      *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

   o  I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

   o  I returned the summons unexecuted because _____
      _____ or;

   o  Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
           *Server's signature*

_____
           *Printed name and title*

_____
           *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

FedEx Corporation
c/o General Counsel
942 S. Shady Groove Rd.
Memphis, TN 38120


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT



                                                         _____
                                                         Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

The Finish Line Inc.
c/o General Counsel
3308 N. Mitthoeffer Rd.
Indianapolis, IN 46235

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                    _____
                                                    Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

BP North America Inc.
c/o General Counsel
501 Westlake Park Blvd.
Houston, TX 77079

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT

                                                    _____
                                                    Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

  o  I personally served the summons and complaint on the individual at *(place)* _____
    _____ *On Date* _____; or

  o  I left the summons and complaint at the individual's residence or usual place of abode with
    *(name)*
    _____ , a person of suitable age and discretion who
    resides there, *On Date* _____ and mailed a copy to the individual's last known address;
    or

  o  I served the summons and complaint on *(name of individual)* _____
    , who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

  o  I returned the summons unexecuted because _____
    _____ or;

  o  Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

                                        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Capitol City Bank Group Inc.
c/o General Counsel
217 N. Monroe St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                          _____
                                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**Case No:**

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

Weyco Group Inc.
c/o General Counsel
333 W. Estabrook Blvd. #1
Millwaukee, WI 53212

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Discover Financial Services Inc.
c/o General Counsel
2500 Lake Cook Rd.
Riverwoods, IL 60015-3851


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                          _____
                                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o  I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o  I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o  I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o  I returned the summons unexecuted because _____
  _____ or;

- o  Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
## Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Wells Fargo Bank N.A.
c/o General Counsel
420 Montgomery St.
San Francisco, CA 94104

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                CLERK OF COURT


                                                    _____
                                                    Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
      _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
      *(name)*
      _____ , a person of suitable age and discretion who
      resides there, *On Date* _____ and mailed a copy to the individual's last known address;
      or

- o   I served the summons and complaint on *(name of individual)* _____
      , who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
      _____ or;

- o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Virgin Mobile USA Inc.
c/o General Counsel
10 Independence Blvd.
Warren, NJ 07059

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                          _____
                                                          Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

 o  I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

 o  I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

 o  I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

 o  I returned the summons unexecuted because _____
  _____ or;

 o  Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

        _____
         *Server's signature*

        _____
         *Printed name and title*

        _____
         *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Mondelez International Inc.
c/o General Counsel
3 Parkway North
Deerfield, IL 60015

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                CLERK OF COURT

                                                _____
                                                Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o  I personally served the summons and complaint on the individual at *(place)* _____
       _____ *On Date* _____; or

   o  I left the summons and complaint at the individual's residence or usual place of abode with
       *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

   o  I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

   o  I returned the summons unexecuted because _____
       _____ or;

   o  Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
                    *Server's signature*

_____
                    *Printed name and title*

_____
                    *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

New York Stock Exchange
c/o General Counsel
11 Wall Street
New York, NY 1005

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                          CLERK OF COURT


                                               _____
                                               Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
***This section should not be filed with the court unless required by*** Fed.**. *R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Swisher International Inc.
c/o General Counsel
459 E. 16th St.
Jacksonville, FL 32206-3025

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT

                                                  _____
                                                  Signature of Clerk or Deputy Clerk

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address; or

- o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
_____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
## Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

America Movil
c/o Tracfone Wireless Inc.
9700 NW 112th Ave
Miami, FL 33178


A lawsuit has been filed against you.


Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                      CLERK OF COURT


                                                    _____
                                                    Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
      _____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
      *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
      _____ or;

o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                                              *Server's signature*

_____
                                                              *Printed name and title*

_____
                                                              *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Wal Mart Stores Inc.
c/o General Counsel
702 SW 8th St.
Bentonville, AR 72716

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                         _____
                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Major League Baseball
c/o General Counsel
245 Park Ave, 31st Floor
New York, NY 10167

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                     CLERK OF COURT

                                                           _____
                                                           Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

National Basketball Association
c/o General Counsel
280 Park Ave, 15th Floor
New York, New York 10017

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                          _____
                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o  I personally served the summons and complaint on the individual at *(place)* _____
       _____ *On Date* _____; or

   o  I left the summons and complaint at the individual's residence or usual place of abode with
       *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

   o  I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

   o  I returned the summons unexecuted because _____
       _____ or;

   o  Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

                              _____
                                  *Server's signature*

                              _____
                                *Printed name and title*

                              _____
                                *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

National Football League
c/o General Counsel
645 5th Ave
New York, New York 10022

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT

                                        _____
                                        Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o   I personally served the summons and complaint on the individual at *(place)* _____
       _____ *On Date* _____; or

   o   I left the summons and complaint at the individual's residence or usual place of abode with
     *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

   o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

   o   I returned the summons unexecuted because _____
      _____ or;

   o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
                *Server's signature*

_____
                *Printed name and title*

_____
                *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Intermedia VIBE Holdings, LLC
c/o General Counsel
113 E. 125th St., 2nd Floor
New York, NY 10035

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                     CLERK OF COURT

                                                           _____
                                                           Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
   _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
   *(name)*
   _____ , a person of suitable age and discretion who
   resides there, *On Date* _____ and mailed a copy to the individual's last known address;
   or

- o   I served the summons and complaint on *(name of individual)* _____
   , who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
   _____ or;

- o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Earl G. Graves Ltd.
c/o Black Enterprise Magazine
260 Madison Ave., 11th Floor
New York, NY 10011-4399


A lawsuit has been filed against you.


Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                   CLERK OF COURT


                                         _____
                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

National Collegiate Athletic Association
c/o General Counsel
700 W. Washington St.
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or
60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an
answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

Date: _____                                         CLERK OF COURT

                                          _____
                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

- o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
_____ or;

- o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Gurufocus.com, LLC
c/o General Counsel
3400 Silverstone Dr. Suite 172
Plano, TC 75023-7888

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or
60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an
answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

Date: _____                                CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Procter and Gamble Co.
c/o General Counsel
1 Procter and Gamble Plaza
Cincinnati, OH 45202


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                         CLERK OF COURT



                                                          _____
                                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
    _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
    *(name)*
    _____ , a person of suitable age and discretion who
    resides there, *On Date* _____ and mailed a copy to the individual's last known address;
    or

- o   I served the summons and complaint on *(name of individual)* _____
    , who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
    _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

ESPN Networks Inc.
c/o General Counsel
935 Middle St.
Bristol, CT 06010

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                    _____
                                                    Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Trinity Broadcast Network Inc.
c/o General Counsel
3150 Bear St.
Costa Mesa, CA 92626

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Mars Inc.
c/o General Counsel
6885 Elm St.
McLean, VA 22101

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                          CLERK OF COURT


                                               _____
                                               Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
   _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
   *(name)*
   _____ , a person of suitable age and discretion who
   resides there, *On Date* _____ and mailed a copy to the individual's last known address;
   or

- o   I served the summons and complaint on *(name of individual)* _____
   , who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
   _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Anheuser Busch Companies Inc.
c/o General Counsel
1 Busch Place
St. Louis, MO 63118-1849

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
[Flanative_cocoa321@hotmail.com](mailto:Flanative_cocoa321@hotmail.com)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____                                    CLERK OF COURT


                                                         _____
                                                         Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Barclays Bank Deleware
c/o General Counsel
125 S. West St.
Wilmington, DE 19801


A lawsuit has been filed against you.


Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____                                   CLERK OF COURT


                                                 _____
                                                 Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Magic Johnson Enterprises
c/o General Counsel
9100 Willshire Blvd Suite 700 East
Beverly Hills, CA 90212

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                          CLERK OF COURT

                                                    _____
                                                    Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Associated Christian Network
c/o SUPERCHANNEL WACX-TV
285 W. Central Pkwy.
Altamonte Springs, FL 32701

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT



_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                            *Server's signature*

_____
                                            *Printed name and title*

_____
                                            *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

VISA Inc.
c/o General Counsel
900 Metro Center Blvd.
Foster City, CA 94404


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                           CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

News Corporation
c/o General Counsel
1211 Avenue of the Americas
New York, NY 10036

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                            _____
                                            Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Univision Communications Inc.
c/o General Counsel
605 3rd Ave, 12th Floor
New York, NY 10158

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                         _____
                                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Direct General Insurance Inc.
c/o General Counsel
1128 Murfresboro Rd. Ste. 103
Nashville, TN 37217

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____          CLERK OF COURT


                              _____
                              Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
   _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
   *(name)*
   _____ , a person of suitable age and discretion who
   resides there, *On Date* _____ and mailed a copy to the individual's last known address;
   or

- o   I served the summons and complaint on *(name of individual)* _____
   , who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
   _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

AT&T Inc.
c/o General Counsel
208 S. Akard St.
Dallas, TX 75202

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                          CLERK OF COURT


                                        _____
                                        Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Florida Citrus Sports Association, Inc.
c/o General Counsel
1 Citrus Bowl Place
Orlando, FL 32808-2459


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   _____                                        CLERK OF COURT



                                                              _____
                                                              Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
    _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
    *(name)*
    _____ , a person of suitable age and discretion who
    resides there, *On Date* _____ and mailed a copy to the individual's last known address;
    or

- o   I served the summons and complaint on *(name of individual)* _____
    , who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
    _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Royal Caribbean Cruises, LLC
c/o General Counsel
1050 Caribbean Way
Miami, FL 33132-2096


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____                                           CLERK OF COURT



                                                        _____
                                                        Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
   _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
   *(name)*
   _____ , a person of suitable age and discretion who
   resides there, *On Date* _____ and mailed a copy to the individual's last known address;
   or

- o   I served the summons and complaint on *(name of individual)* _____
   , who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
   _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Kraft Foods Group Inc.
c/o General Counsel
3 Lakes Dr.
Northfield, IL 60093

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
      _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
      *(name)*
      _____ , a person of suitable age and discretion who
      resides there, *On Date* _____ and mailed a copy to the individual's last known address;
      or

- o   I served the summons and complaint on *(name of individual)* _____
      , who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
      _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                          *Server's signature*

_____
                          *Printed name and title*

_____
                          *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Dell Inc.
c/o General Counsel
1 Dell Way
Roundrock, TX 78682-2222

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT

                                                        _____
                                                        Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                    *Server's signature*

_____
                                    *Printed name and title*

_____
                                    *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

New Era Cap Co. Inc.
c/o General Counsel
160 Delaware Ave
Buffalo, NY 14202

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                          _____
                                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
       _____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
       *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
       _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                          *Server's signature*

_____
                          *Printed name and title*

_____
                          *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**Case No:**

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

Facebook Inc.
c/o General Counsel
1601 Willow Rd.
Menlo Park, CA 94025

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                   CLERK OF COURT


                                                        _____
                                                        Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                    *Server's signature*

_____
                                    *Printed name and title*

_____
                                    *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Google Inc.
c/o General Counsel
1600 Amphitheatre Pkwy.
Mountain View, CA 94103

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____          CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Twitter Inc.
c/o General Counsel
795 Folsom St., Suite 600
San Francisco, CA 94103

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                         _____
                                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

- o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

RLJ Companies
c/o Robert L. Johnson, Chairman
3 Bethesda Metro Center, Suite 100
Bethesda, MD 20814

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                CLERK OF COURT


                                         _____
                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

  o   I personally served the summons and complaint on the individual at *(place)* _____
        _____ *On Date* _____; or

  o   I left the summons and complaint at the individual's residence or usual place of abode with
        *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

  o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

  o   I returned the summons unexecuted because _____
        _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
                                          *Server's signature*

_____
                                          *Printed name and title*

_____
                                          *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Salamander Hospitality LLC
c/o Sheila C. Johnson, CEO
500 N. Pendleton St.
Middleburgh, VA 20117-0769

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                        _____
                                                        Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Tahitian Noni International
c/o Morinda Holdings Inc.
Attn: General Counsel
333 River Park Dr.
Provo, Utah 84604

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                      CLERK OF COURT


                                                       _____
                                                       Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

National Collegiate Student Loan Trust
Attn: General Counsel
800 Boylston St. 34th Floor
Boston, MA 02199

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or
60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an
answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                   _____
                                                   Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o   I personally served the summons and complaint on the individual at *(place)* _____
       _____ *On Date* _____; or

   o   I left the summons and complaint at the individual's residence or usual place of abode with
       *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

   o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

   o   I returned the summons unexecuted because _____
       _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
                  *Server's signature*

_____
                  *Printed name and title*

_____
                  *Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

GCO Education Loan Funding Corp.
Attn: General Counsel
6312 S. Fiddler's Green Circle Suite 400 N.
England, CO 80111

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____          CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
     _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
     *(name)*
     _____ , a person of suitable age and discretion who
     resides there, *On Date* _____ and mailed a copy to the individual's last known address;
     or

- o   I served the summons and complaint on *(name of individual)* _____
     , who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
     _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                        *Server's signature*

_____
                                        *Printed name and title*

_____
                                        *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Diageo North America Inc.
Attn: General Counsel
801 Main Ave.
Norwalk, CT 06851

A lawsuit has been filed against you.


Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                      CLERK OF COURT


                                                  _____
                                                  Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
   _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
   *(name)*
   _____ , a person of suitable age and discretion who
   resides there, *On Date* _____ and mailed a copy to the individual's last known address;
   or

- o   I served the summons and complaint on *(name of individual)* _____
   , who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
   _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                                              *Server's signature*

_____
                                                              *Printed name and title*

_____
                                                              *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

IMG Worldwide Inc.
Attn: General Counsel
1360 E. 9th St. Suite 100
Cleveland, OH 44114

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or
60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an
answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

Date: _____                                              CLERK OF COURT


                                                    _____
                                                    Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

○   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

○   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

○   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

○   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Walgreen Co.
c/o James "Jim" Skinner, Chairman
200 Wilmot Rd.
Deerfield, IL 60015

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                          _____
                                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                            *Server's signature*

_____
                                            *Printed name and title*

_____
                                            *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

McDonald's Corporation
c/o James "Jim" Skinner, Board Member
2111 McDonald's Dr.
Oak Brook, IL 60523

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                      CLERK OF COURT


                                                        _____
                                                        Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
       _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
       *(name)*
       _____ , a person of suitable age and discretion who
       resides there, *On Date* _____ and mailed a copy to the individual's last known address;
       or

- o   I served the summons and complaint on *(name of individual)* _____
       , who is designated by law to accept service of process on behalf of *(name of organization)*
       _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
       _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Hewlett Packard Co.
c/o James "Jim" Skinner, Board Member
3000 Hanover St.
Palo Alto, CA 94304

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                                    CLERK OF COURT


                                                    _____
                                                    Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

***This section should not be filed with the court unless required by*** Fed.*. **R. Civ. P. 4(1)***

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Buffalo Wild Wings Inc.
c/o General Counsel
5500 Wayzata Blvd. Suite 1600
Minneapolis, MN


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT


                                                  _____
                                                  Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

World Economic Forum USA Inc.
c/o General Counsel
3 East 54th St., 18th Floor
New York, NY 10022

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____                                    CLERK OF COURT


                                                      _____
                                                      Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Rolls Royce North America Inc.
c/o General Counsel
1875 Explorer St. Suite 200
Reston, VA 20190

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                         CLERK OF COURT


                                         _____
                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

○   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

○   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

○   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

○   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                          *Server's signature*

_____
                                          *Printed name and title*

_____
                                          *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Beats Electronics Inc.
c/o General Counsel
1601 Cloverfield Blvd. Suite 5000 N.
Santa Monica, CA 90404

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                CLERK OF COURT

                                         _____
                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
                                    *Server's signature*

_____
                                    *Printed name and title*

_____
                                    *Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Doctor's Associates Inc.
c/o General Counsel
325 Bic Drive
Milford, CT 06461-3059

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                          _____
                                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
     _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
     *(name)*
     _____ , a person of suitable age and discretion who
     resides there, *On Date* _____ and mailed a copy to the individual's last known address;
     or

- o   I served the summons and complaint on *(name of individual)* _____
     , who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
     _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Long John Silver's Inc.
c/o General Counsel
1441 Gardnier Lane
Louisville, KY 40213

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT

                                                          _____
                                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

- o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**Case No:**

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

Yum Brands Inc.
c/o General Counsel
1900 Colonel Sanders Lane
Louisville, KY 40213

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Quality Dining Inc.
c/o General Counsel
4220 Edison Lakes Pkwy #300
Mishawaka, Indiana 46545-1462

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                          CLERK OF COURT

                                          _____
                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
### *This section should not be filed with the court unless required by* Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                                        *Server's signature*

_____
                                                        *Printed name and title*

_____
                                                        *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

LVMH MOëT HENNESY LOUIS VUITTON SA
c/o General Counsel
19 E. 57th St.
New York, NY 10022

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                        _____
                                                        Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Bad Boy Entertainment Inc.
c/o Sean "Diddy" Combs
1710 Broadway
New York, NY 10019

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                      CLERK OF COURT


                                                   _____
                                                   Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
***This section should not be filed with the court unless required by*** Fed.***. R. Civ. P. 4(1)***

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

- o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Roc Nation LLC
c/o Shawn "Jay Z" Carter
9348 Civic Center Dr.
Beverly Hills, CA 90210


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____                          CLERK OF COURT



                                          _____
                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
    _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
    *(name)*
    _____ , a person of suitable age and discretion who
    resides there, *On Date* _____ and mailed a copy to the individual's last known address;
    or

- o   I served the summons and complaint on *(name of individual)* _____
    , who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
    _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
## Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Cash Money Records Inc.
c/o Bryan "Birdman" Williams
20201 E. Country Club Dr.
Miami, FL 33180-3001

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                              CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Perry Ellis International Inc.
c/o General Counsel
3000 NW 107th Ave.
Doral, FL 33172

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                         _____
                                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

○   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

○   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

○   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

○   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                                                 *Server's signature*

_____
                                                                 *Printed name and title*

_____
                                                                 *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Chevron Phillips Chemical Co., LLC
c/o General Counsel
10001 Six Pines Drive
The Woodlands, TX 77380

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                         _____
                                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
      _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
      *(name)*
      _____ , a person of suitable age and discretion who
      resides there, *On Date* _____ and mailed a copy to the individual's last known address;
      or

- o   I served the summons and complaint on *(name of individual)* _____
      , who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
      _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
                                          *Server's signature*

_____
                                          *Printed name and title*

_____
                                          *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**Case No:**

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

Bill and Melinda Gates Foundation
c/o Warren Buffet, Board Member
440 5th Ave N.
Seattle, WA 98109

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                 CLERK OF COURT

                                                  _____
                                                  Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
   _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
   *(name)*
   _____ , a person of suitable age and discretion who
   resides there, *On Date* _____ and mailed a copy to the individual's last known address;
   or

- o   I served the summons and complaint on *(name of individual)* _____
   , who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
   _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Sea World Parks and Entertainment Inc.
c/o General Counsel
9205 South Park Center Loop, Suite 400
Orlando, FL 32818

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                      CLERK OF COURT


                                              _____
                                              Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Darden Restaurants Inc.
c/o General Counsel
1000 Darden Center Dr.
Orlando, FL 32837

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT

                                              _____
                                              Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

WWE Inc.
c/o General Counsel
1241 E. Main St.
Stamford, CT 06902


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                        CLERK OF COURT



                                                   _____
                                                   Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                                        *Server's signature*

_____
                                                        *Printed name and title*

_____
                                                        *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Zilbur Ltd.
c/o General Counsel
710 N. Plankinton Ave
Millwaukee, WI 53203

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                    CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o   I personally served the summons and complaint on the individual at *(place)* _____
      _____ *On Date* _____; or

   o   I left the summons and complaint at the individual's residence or usual place of abode with
      *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

   o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

   o   I returned the summons unexecuted because _____
      _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

                                _____
                                  *Server's signature*

                                _____
                                  *Printed name and title*

                                _____
                                  *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

City of Cocoa, FL
Attn: Anthony Garganese, City Attorney
65 Stone St.
Cocoa, FL 32922


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                  CLERK OF COURT



                                          _____
                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Brevard County, FL
c/o Clerk, Brevard County Gov. Center
2725 Judge Fran Jamieson Way
Viera, FL 32940

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____                                      CLERK OF COURT


                                                  _____
                                                  Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o  I personally served the summons and complaint on the individual at *(place)* _____
       _____ *On Date* _____; or

   o  I left the summons and complaint at the individual's residence or usual place of abode with
       *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

   o  I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

   o  I returned the summons unexecuted because _____
       _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                   *Server's signature*

_____
                   *Printed name and title*

_____
                   *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

Bell & Roper P.A.
c/o Michael Bowling, Attorney
2707 E. Jefferson St.
Orlando, FL 32803

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                         CLERK OF COURT

                                         _____
                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

National Association for the Advancement of Colored People
c/o NAACP Legal Defense Fund
4805 Mt. Hope Drive
Baltimore MD 21215

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                              CLERK OF COURT

                                                            _____
                                                            Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
***This section should not be filed with the court unless required by*** Fed.*. **R. Civ. P. 4(1)***

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

NextEra Energy Inc.
c/o General Counsel
700 Universe Blvd
Juno Beach, FL, 33408

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                     CLERK OF COURT


                                           _____
                                           Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

   o  I personally served the summons and complaint on the individual at *(place)* _____
      _____ *On Date* _____; or

   o  I left the summons and complaint at the individual's residence or usual place of abode with
      *(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

   o  I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

   o  I returned the summons unexecuted because _____
      _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

                              _____
                                   *Server's signature*

                              _____
                                  *Printed name and title*

                              _____
                                  *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Hay House Inc.
c/o Tavis Smiley
2776 Loker Ave. W.
Carlsbad, CA 92010


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT



                                            _____
                                            Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
      _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
      *(name)*
      _____ , a person of suitable age and discretion who
      resides there, *On Date* _____ and mailed a copy to the individual's last known address;
      or

- o   I served the summons and complaint on *(name of individual)* _____
      , who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
      _____ or;

Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                              *Server's signature*

_____
                              *Printed name and title*

_____
                              *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Florida A&M University
c/o General Counsel
Lee Hall, Suite 400
1601 Martin Luther King Jr. Blvd,
Tallahassee, FL 32307

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                      CLERK OF COURT

                                                         _____
                                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed*.. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
      _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
      *(name)*
      _____ , a person of suitable age and discretion who
      resides there, *On Date* _____ and mailed a copy to the individual's last known address;
      or

- o   I served the summons and complaint on *(name of individual)* _____
      , who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
      _____ or;

Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                    *Server's signature*

_____
                                    *Printed name and title*

_____
                                    *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Gov Connection Inc.
c/o General Counsel
7503 Standish Place
Rockville, MD 20855

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                        CLERK OF COURT


                                                             _____
                                                             Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

SHI International Corp.
c/o General Counsel
290 Davidson Ave.
Somerset, NJ 08871

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
[Flanative_cocoa321@hotmail.com](mailto:Flanative_cocoa321@hotmail.com)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT



_____
Signature of Clerk or Deputy Clerk

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
                                        *Server's signature*

_____
                                        *Printed name and title*

_____
                                        *Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

City of Tallahassee, FL
c/o City Attorney
300 S. Adams St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                      CLERK OF COURT


                                                            _____
                                                            Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                                          *Server's signature*

_____
                                                          *Printed name and title*

_____
                                                          *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Dillard's Inc.
c/o General Counsel
1600 Cantrell Rd.
Little Rock, AR 72201-1110

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT

                                                        _____
                                                        Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

***This section should not be filed with the court unless required by*** Fed.*.* ***R. Civ. P. 4(1)***

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                                            *Server's signature*

_____
                                                            *Printed name and title*

_____
                                                            *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Tom Joyner
13760 Noel Road, Suite 750
Dallas, TX 75240

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                         _____
                                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

○  I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

○  I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

○  I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

○  I returned the summons unexecuted because _____
_____ or;

○  Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Cumulus Media Inc.
c/o General Counsel
3280 Peachtree Rd. NW Suite 2300
Atlanta, GA 30305

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                        CLERK OF COURT


                                                _____
                                                Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Omega Psi Phi Fraternity Inc.
c/o General Counsel
3951 Snapfinger Pkwy.
Decatur, GA 30035


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                  CLERK OF COURT



                                                   _____
                                                   Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE

**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                                   *Server's signature*

_____
                                   *Printed name and title*

_____
                                   *Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

NPHC Inc.
c/o General Counsel
3951 Snapfinger Pkwy., Suite 218
Decatur, GA 30035


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                CLERK OF COURT



                                           _____
                                           Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

CVS Caremark Corp.
c/o General Counsel
1 CVS Dr.
Woonsocket, RI 02895

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT

                                                  _____
                                                  Signature of Clerk or Deputy Clerk

                    PROOF OF SERVICE

*Civil Summons Form*

---

**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Carnival Corp. & PLC
c/o General Counsel
3655 NW 87th Ave.
Miami, FL 33178

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                              _____
                                              Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**Case No:**

TAY

V.

UNITED STATES OF AMERICA et al

**SUMMONS IN AN ACTION**

To:

Coca Cola Bottling Co. United, Inc.
c/o General Counsel
1 Coca Cola Plz. NW
Atlanta, GA 30313

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o    I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o    I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o    I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o    I returned the summons unexecuted because _____
  _____ or;

- o    Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

E&J Gallo Winery Inc.
c/o General Counsel
600 Yosemite Blvd.
Modesto, CA 95354

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.

_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Space Coast Business Marketing, LLC
c/o General Counsel
5131 Industry Dr. #107
Melbourne, FL 32940

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT



                                                         _____
                                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Cape Publications Inc.
c/o Company Attorney
1 Gannett Plz.
Melbourne, FL 32940

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                         _____
                                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

PGA Tour Inc.
c/o General Counsel
112 PGA Tour Blvd.
Ponta Vedra Beach, FL 32082

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                          _____
                                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

## SUMMONS IN AN ACTION

To:

Private Media Group Inc.
c/o General Counsel
3230 E. Flamingo Road #156
Las Vegas, NV 89121


A lawsuit has been filed against you.


Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT



                                          _____
                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

*Civil Summons Form*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Scripps Network Interactive
c/o General Counsel
9721 Sherill Blvd.
Knoxville, TN 37932

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                              CLERK OF COURT


                                                    _____
                                                    Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.*. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

o   I returned the summons unexecuted because _____
_____ or;

o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

The Progressive Corporation
c/o General Counsel
6300 Wilson Mills Rd.
Mayfield Village, OH 44143

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it) - or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                          CLERK OF COURT


                                          _____
                                          Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
  _____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
  *(name)*
  _____ , a person of suitable age and discretion who
  resides there, *On Date* _____ and mailed a copy to the individual's last known address;
  or

- o   I served the summons and complaint on *(name of individual)* _____
  , who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
  _____ or;

- o   Other *(specify)*



My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### Case No:

TAY

V.

UNITED STATES OF AMERICA et al

### SUMMONS IN AN ACTION

To:

Hyatt Hotels Corporation
c/o General Counsel
71 S. Wacker Dr. 12th Floor
Chicago, IL 60606


A lawsuit has been filed against you.


Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Tay
807 S. Wilson Ave
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                CLERK OF COURT



                                         _____
                                         Signature of Clerk or Deputy Clerk

*Civil Summons Form*

PROOF OF SERVICE
**This section should not be filed with the court unless required by** Fed.**. R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____
was received by me on *(date)* _____

- o   I personally served the summons and complaint on the individual at *(place)* _____
_____ *On Date* _____; or

- o   I left the summons and complaint at the individual's residence or usual place of abode with
*(name)*
_____ , a person of suitable age and discretion who
resides there, *On Date* _____ and mailed a copy to the individual's last known address;
or

- o   I served the summons and complaint on *(name of individual)* _____
, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

- o   I returned the summons unexecuted because _____
_____ or;

- o   Other *(specify)*


My fees are $_____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:

_____
                            *Server's signature*

_____
                            *Printed name and title*

_____
                            *Server's address*

Additional Information regarding attempted service, etc.
_____
_____
_____