WAWD (Rev

14-CV-00035-BOND

**TAY**

Plaintiff

vs.

UNITED STATES OF AMERICA, ET AL

Defendant(s)



STRICT COURT
Washington

FILED
LODGED
RECEIVED
MAIL
JAN 27 2014
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Case Number: 2:14-CV-00035-RAJ

# DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) **DONTAVIOUS S. SMITH** declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: BEING SCHEMED UPON TO BE DEEPLY ROOTED IN POVERTY THROUGH RACKETEERIN AND OTHER MODERN DAY HUMAN TRAFFICKING SCHEMES TO BE DEPRIVED LIFE, LIBERTY, THE PURSUIT OF HAPPINESS/PROPERTY

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes   Total amount of net monthly salary (take home pay) $ _____

   Name and address of employer _____

   ☒ No   Date of last employment JAN 10, 2009   Total amount of last net monthly salary $ 345

2. If married, is your spouse presently employed?   ☒ Not married

   ☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ _____

   Name and address of employer _____

   ☒ No   Date of spouse's last employment _____   Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment          $ 0
   b. Income from rent, interest or dividends               $ 0
   c. Pensions, annuities or life insurance payments        $ 0
   d. Disability, unemployment, workers compensation or public assistance   $ 0
   e. Gifts or inheritances                                 $ 3.11
   f. Money received from child support or alimony          $ 0
   g. Describe any other source of income FOOD STAMPS       $ 50

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 0          Checking Account $ 0          Savings Account $ 0

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☑ Yes
☐ No

Tay owns 34% ownership of FOCUS Solutions Limited, Inc., an inactive Florida corporation and Polk Till Publishing (fictitious); intellectual property

$ 500 million

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes
☒ No

$

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

COLLEGE LOANS, REPOSSESED TRUCK FEES, CREDIT CARD DEBT

$ 60,000.00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

LIVING BELOW THE POVERTY LINE

I declare under penalty of perjury that the foregoing is true and correct.

1/22/14
Executed on: (Date)   Signature of Plaintiff

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I, (print your name) DONTAVIOUS "TAY" SMITH

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

1/22/14
Executed on: (Date)   Signature of Plaintiff

Lawrence Ivy Smith
937 S. Wilson Ave.
Ocoee, FL 34761



ORLANDO FL 328
22 JAN 2014 PM 4 L

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart St., Suite 2310
Seattle, WA 98101

9810144425

© USPS 2012

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org