UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
Case No: 2:14-CV-0035RAJ

**TAY**
d/b/a DONTAVIOUS SHERRODE SMITH,
a/k/a "TAY TAY"; "DA MAYOR";
Plaintiff,
v.

**UNITED STATES OF AMERICA et al.;**

Defendant.
_____/

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, Pro Se Plaintiff, Tay, certifies that he is CEO of **FOCUS Solutions Limited, Inc** and **Folk Tell Publishing Group Inc.**, which has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated: January 22, 2014                    Sincerely Submitted,



Dontavious "Tay" Smith, Pro Se.
807 South Wilson Avenue
Cocoa, FL 32922
Flanative_cocoa321@hotmail.com



14-CV-00035-CVSHT

Page 1 of 1

Corp. Disclosure                                                     Tay
Cv14-0035RAJ                                       807 S. Wilson Ave.
                                                              Cocoa, FL 32922