## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

Chambers of
James P. Donohue
United States Magistrate Judge

United States Courthouse
700 Stewart Street, Rm. 12232
Seattle, Washington 98101

January 31, 2014

Dontavious "Tay" Smith
807 S. Wilson Ave.
Cocoa, FL 32922

Re:   Tay d/b/a/ Dontavious Sherrod Smith v. USA, et al.
      No. 14-35-RAJ

     Enclosed are copies of my Report and Recommendation and proposed order in the above-captioned case, which have been filed with the Clerk. This Report and Recommendation is not an appealable order. Any notice of appeal should not be filed until the District Judge acts on this Report and Recommendation.

     Objections to the recommendation should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21)** days of the date of this letter. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on February 28, 2014.

     Thank you for your cooperation.

Sincerely,

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

Enclosures

cc:   Honorable Richard A. Jones