UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAY d/b/a DONTAVIOUS SHERRODE SMITH, a/k/a "TAY TAY," "DA MAYOR,"<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. C14-35-RAJ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, after careful consideration of plaintiff's amended application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The petitioner's amended IFP application, Dkt. 3, is DENIED. Plaintiff is directed to pay the $400 filing fee within thirty (30) days of this Order.

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

DATED this __ day of _____, 2014.

_____
RICHARD A. JONES
United States District Judge

ORDER - 1