HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAY,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | CASE NO. C14-35RAJ<br><br>ORDER |

The court GRANTS Plaintiff's motion for extension of time. Dkt. # 8. Plaintiff shall respond to the court's March 31, 2014 order to show cause (Dkt. # 7) no later than April 28, 2014. The court will grant no further extensions except on a showing of extraordinary circumstances.

Plaintiff has also requested leave to file documents electronically. If Plaintiff wishes to register for electronic filing, he does not need the court's permission. Information on registration (including registration forms for pro se parties) is available at http://www.wawd.uscourts.gov/attorneys/cmecf.

DATED this 18th day of April, 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1